IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAWANDA THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-CV-1069-WKW |
| | ) |
| MRS BPO, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. # 14), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, with each party to bear its own fees, costs, and expenses.

The Clerk of the Court is DIRECTED to close this case.

DONE this 15th day of May, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE